## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| **Bethel E. Avant**, | ) |
| | ) C/A No.: 3:04-22175-CMC-JRM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **OPINION AND ORDER** |
| **JO ANNE B. BARNHART**, | ) |
| Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Upon motion of Defendant to enter a judgment with an order of reversal and remand of the cause to the Commissioner for further administrative proceedings, U. S. Magistrate Judge Joseph R. McCrorey entered an order on May 12, 2005, reversing the Commissioner's denial of disability insurance and supplemental security income benefits and remanded the matter to the Commissioner for further administrative proceedings. On June 16, 2005, the attorney for Petitioner in the above action filed a Petition for Attorney's Fees in the amount of $2,876.59 at the hourly rate of $150.41 for 19.125 hours, pursuant to the terms of the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for his successful representation of Plaintiff.

In its response filed June 28, 2005, Defendant notified the court that the parties have agreed to a stipulated amount of $2,350.15 (15.625 hours at $150.41 per hour) in attorney fees. Pursuant to the stipulated agreement between Plaintiff and Defendant, the court finds that the amount sought is reasonable and orders that counsel be awarded attorney's fees in the amount of $2,350.15 for 15.625 hours at the rate of $150.41 per hour.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 19, 2005

C:\temp\notesFFF692\~0965142.wpd